AUSA

FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 82 26

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Martin Chaidez SAUCEDO | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 12, 2008, within the Southern District of California, defendant Martin Chaidez SAUCEDO did knowingly and intentionally import approximately 69.74 kilograms (153.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13TH DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Martin Chaidez SAUCEDO

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On March 12, 2008, at approximately 0621 hours, Martin Chaidez SAUCEDO entered the United States at the Calexico, CA, East Port of Entry. SAUCEDO was the sole occupant of a 1990 Toyota 4 Runner. SAUCEDO identified himself as a U.S. Citizen. SAUCEDO gave a negative Customs declaration to Customs and Border Protection Officer (CBPO) Baca. During questioning, SAUCEDO told CBPO Baca that he bought the vehicle 2 weeks prior. SAUCEDO told CBPO Baca that he was going to work, then changed his statement and said that he was currently unemployed. While inspecting the vehicle, CBPO Baca noticed that SAUCEDO appeared nervous. CBPO Baca escorted SAUCEDO and the vehicle to the vehicle secondary lot for further inspection.

In the vehicle secondary inspection lot CBP Canine Enforcement Officer (CEO) Randolph swept the vehicle with his assigned Narcotic Detector Dog (NDD). After inspecting the vehicle, CEO Randolph informed CBPO Baca of his NDD's alert to the vehicle. SAUCEDO was escorted to the vehicle secondary office. A subsequent inspection of the vehicle revealed 65 packages, which were discovered in the gas tank. One of the packages was probed and field-tested positive for marijuana. The 65 packages had a combined net weight of approximately 69.74 kilograms (153.42 pounds) of marijuana.

SAUCEDO Jr. was arrested for importation of marijuana into the United States and transported to Imperial County Jail.