FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN CHAIDEZ SAUCEDO,<br>Defendant. | Criminal Case No. 08CR1133-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about March 12, 2008, within the Southern District of California, defendant MARTIN CHAIDEZ SAUCEDO, did knowingly and intentionally import [50 kilograms or more, to wit:] approximately 69.74 kilograms (153.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 10, 2008.

KAREN P. HEWITT
United States Attorney

John A. Weis

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
4/10/08