AO 455(Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

MARTIN CHAIDEZ SAUCEDO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1133-DMS

I, MARTIN CHAIDEZ SAUCEDO, the above named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Apr 10, 08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

Defendant

Counsel for Defendant

Before

Judicial Officer