Stephen D Lemish