FILED
2008 JUN 13 PM 2:08
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VNK DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARTIN CHAIDEZ-SAUCEDO, Defendant. | CASE NO. 08CR01133-001-DMS<br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 18, 2008 is vacated and reset to September 5, 2008 at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6.12.08

Dana M. Sabraw
U.S. District Judge

cc: all counsel of record

/pdb

US PO